ROBERT PINEAU *v.* HOME DEPOT, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 248 (AC 14900), is granted, limited to the following issue:

"Was the Appellate Court correct in holding that the plaintiff was not entitled to a jury instruction on the doctrine of res ipsa loquitur?"

The Supreme Court docket number is SC 15768.

*Max F. Brunswick,* in support of the petition.

*Cynthia K. Sammarco,* in opposition.

Decided September 18, 1997